# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155196(93)

MICHIGAN GUN OWNERS, INC. and
ULYSSES WONG,
    Plaintiffs-Appellants,

v

               SC: 155196
               COA: 329632
ANN ARBOR PUBLIC SCHOOLS and   Washtenaw CC: 15-000427-CZ
JEANICE K. SWIFT,
    Defendants-Appellees.
_____/

   On order of the Chief Justice, the motion of the Negligence Law Section of the State Bar of Michigan to file a brief amicus curiae and to extend the time for filing the brief is GRANTED. The amicus brief submitted on March 22, 2018, is accepted for filing. P



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    March 30, 2018



                 Clerk